UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF | : | CASE NO. 3:08MJ16 (WIG) |
| | : | |
| | : | |
| v. | : | |
| | : | |
| PHONG LY<br>DEFENDANT | : | March 10, 2008 |
| | : | |

**JOINT MOTION FOR AN ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FOR THE FILING OF INDICTMENT AND PROPOSED ORDER**

The United States of America and the defendant, Phong Ly, through his counsel of record, Richard T. Meehan, Jr., Esq., respectfully request that the Court issue an order excluding under the Speedy Trial Act the time period from March 18, 2008 through and including May 30, 2008, for the filing of an Indictment. In support of this joint motion, the parties represent as follows:

I.    A criminal Complaint was filed against the defendant on January 17, 2008.

II.    The parties are attempting to resolve this matter prior to indictment.

III.    Defendant has just retained new counsel who requires time to familiarize himself with the facts and evidence in this case.

IV.    The Government's investigation is ongoing and involves the forensic analysis of the defendant's computer--a process that has not yet been completed.